

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00173-CR

_____

JAMIE L. WHITE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Harrison County, Texas
Trial Court No. 2007-0500

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Jamie L. White has filed a motion signed by himself and counsel seeking to dismiss his appeal. Pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure, his motion is granted. *See* TEX. R. APP. P. 42.2.

We dismiss the appeal.

Bailey C. Moseley
Justice

Date Submitted:     October 6, 2009
Date Decided:       October 7, 2009

Do Not Publish